UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Case No. |
| Bursott, Timothy R. | ) | 13-81687 |
| | ) | |
| | ) | |

# Notice of Final Cure Payment and Completion of Payments under the Plan

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor has completed all payments under the plan.

Name of Creditor:     Federal National Mortgage Association
Court Claim no. :      001

Last four digits of any number used to identify the debtor's account: 6990

**Final Cure Amount**

| | |
|---|---|
| Amount of Allowed Pre Petition Arrearage | $15,091.50 |
| Amount Paid by Trustee | $15,091.50 |

**Monthly Ongoing Mortgage Payment**

☐ Mortgage Paid thru the Chapter 13 conduit and is due for the _____ payment

☒ Mortgage is paid directly by Debtors.

Within 21 days of the service of this Notice, the creditor must file and serve same on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default and whether, consistent with §1322(b)(5), the debtor is otherwise current on all payments or be subject to further action of the court including possible sanctions.

Dated:  June 8, 2017                                                      Respectfully Submitted:

/s/  Michael D. Clark, Trustee
Michael D. Clark
Standing Chapter 13 Trustee
401 Main Street, Suite 940
Peoria, IL  61602

## **PROOF OF SERVICE**

I certify that a copy of the foregoing document was served upon the following persons by First class postage or electronically on this day, June 8, 2017.

Mr. Timothy Bursott
7811 Mohawk Trial
Peoria, IL  61604

Federal National Mortgage Assoc.
c/o Seterus, Inc.
P.O. Box 1047
Hartford, CT  06143-1047

Harry Williams
Williams & Associates
414 Hamilton Blvd., Suite 100
Peoria, IL 61602

  /s/ Michael D. Clark
**Michael D. Clark**
**Standing Trustee**